Nako Risto, Appellant, v. First National Bank of Madison, Appellee.

Heard in this court at October term, 1941; opinion filed March 31, 1942; rehearing denied May 14, 1942. John B. Harris, for appellant; R. W. Griffith and Kramer, Campbell, Costello & Wiechert, for appellee. Opinion by PRESIDING JUSTICE STONE. ''Not to be published in full.''